**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 257 MAL 2016
:
               Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
       v. :
:
:
:
JONATHAN NUNEZ, :
:
               Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of August, 2016, the Petition for Allowance of Appeal is **DENIED**.